**CASE NO. 26-13650**
IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

DEPUTY MONIQUE TRACEY, DEPUTY RAUL GOMEZ, DEPUTY SHENEQUA JACKSON,

Appellants/Defendants

v.

EZRA SMITH,

Appellee/Plaintiff

---

On Appeal from The United States District Court
For the Northern District of Georgia
Atlanta Division

---

APPELLANTS' GOMEZ AND JACKSON'S CERTIFICATE THAT NO TRANSCRIPT WILL BE ORDERED

---

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**
Timothy J. Buckley III, Esq. (Georgia State Bar No. 092913)
tbuckley@bchlawpc.com
Eric J. O'Brien, Esq. (Georgia State Bar No. 383745)
eobrien@bchlawpc.com
2970 Clairmont Road N.E., Suite 650
Atlanta, Georgia 30329
*Attorneys for Appellants Deputy Raul Gomez and Deputy Shenequa Jackson*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Rules of the U.S. Court of Appeals for the Eleventh Circuit, the undersigned counsel for Defendants-Appellants Raul Gomez and Shenequa Jackson certify that, to the best of their present information, knowledge and belief, the following is a full and complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships or corporations that have an interest in the outcome of this case and appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held company that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

1. Association County Commissioners of Georgia-Interlocal Risk Management Agency (ACCG-IRMA), insurer for Appellants;
2. Buckley Christopher & Hensel, P.C., law firm representing Appellants Gomez and Jackson;
3. Buckley, Timothy, attorney for Appellants Gomez and Jackson;
4. County Reinsurance, LTD, reinsurer for Association County Commissioners of Georgia-Interlocal Risk Management Agency;
5. Filipovits, Jeff, Attorney for Appellee;
6. Gomez, Raul, Defendant/Appellant;
7. Jackson, Shenequa, Defendant/Appellant;

8. O'Brien, Eric, attorney for Appellants Gomez and Jackson;

9. Sanchez, Erica, dismissed Defendant;

10. Sheriff of Rockdale County, Georgia;

11. Smith, Ezra, Appellee;

12. Smith, Wingo, Attorney for Appellee;

13. Spears & Filipovits, LLC, law firm representing Attorneys for Appellee Smith;

14. Thrash, Honorable Thomas W., United States District Court Judge;

15. Tracey, Monique, Defendant/Appellant;

16. Waymire, Jason C., Attorney for Appellant Tracey;

17. Williams & Waymire, LLC, law firm representing Attorney for Appellant Tracey; and

18. Williams, Terry, Attorney for Appellant Tracey.

**BUCKLEY CHRISTOPHER & HENSEL P.C.**

/s/ Timothy J. Buckley III
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
ERIC J. O'BRIEN
Georgia State Bar No. 383745
Attorneys for Appellants Gomez and Jackson

2970 Clairmont Road, N.E.
Suite 650
Atlanta, Georgia 30329
tbuckley@bchlawpc.com
eobrien@bchlawpc.com

## CERTIFICATION THAT NO TRANSCRIPT WILL BE ORDERED

Through counsel Appellants Gomez and Jackson hereby certify that no transcript from the District Court proceeding at issue in this appeal has been or will be ordered in relation to this appeal. There was no hearing.

**BUCKLEY CHRISTOPHER & HENSEL P.C.**

/s/ Timothy J. Buckley III
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
ERIC J. O'BRIEN
Georgia State Bar No. 383745
Attorneys for Appellants Gomez and Jackson

2970 Clairmont Road, N.E.
Suite 650
Atlanta, Georgia 30329
tbuckley@bchlawpc.com
eobrien@bchlawpc.com

## CERTIFICATE OF COMPLIANCE

I certify that this response complies with the type-volume limitation set forth in F.R.A.P. 32(a)(7)(B). This Certificate contains 43 words, excluding the parts of the motion exempted by Fed. R. App. P. 32(a)(7(B)(iii).

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing CERTIFICATE upon parties through counsel who have appeared in this appeal electronically through the Court's CM/ECF system:

| | |
|---|---|
| Jeff Filipovits, Esq.<br>Wingo Smith, Esq.<br>Spears & Filipovits, LLC<br>315 W. Ponce de Leon Ave., Ste. 865<br>Decatur, Georgia 30030<br>jeff@civil-rights.law<br>wingo@civil-rights.law | James M. Slater, Esq.<br>Slater Legal PLLC<br>2296 Henderson Mill Rd. NE #116<br>Atlanta, Georgia 30345<br>james@slater.legal |
| Jason C. Waymire, Esq.<br>Williams & Waymire<br>4330 South Lee Street<br>Bldg. 400, Suite A<br>Buford, Georgia 30581<br>jason@wmwlaw.com | |

This 22nd day of October, 2026.

**BUCKLEY CHRISTOPHER & HENSEL P.C.**

/s/ Timothy J. Buckley III
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
ERIC J. O'BRIEN
Georgia State Bar No. 383745
Attorneys for Appellants Gomez and Jackson

2970 Clairmont Road, N.E.
Suite 650
Atlanta, Georgia 30329
tbuckley@bchlawpc.com
eobrien@bchlawpc.com