**IN THE UNITED STATES COURT OF APPEALS
ELEVENTH CIRCUIT**

| | | |
|---|---|---|
| EZRA SMITH, | ) | |
| | ) | |
| Plaintiff/Appellee, | ) | |
| | ) | Case No.: |
| v. | ) | |
| | ) | 26-13650-DD |
| MONIQUE TRACEY, et al., | ) | |
| | ) | |
| Defendants/Appellants. | ) | |

**APPELLEE'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Plaintiff/Appellee certifies under Fed. R. App. P. 26.1 and Eleventh Circuit Rule 26.1-1–3 that the following is a complete list of all judges, attorneys, persons, associations of persons, partnerships, or corporations that have an interest in the outcome of this case or appeal:

1. Association of County Commissions of Georgia-Interlocal Risk Management Agency;
2. Buckley Christopher & Hensel, P.C.
3. Buckley, Timothy
4. Christopher, Kelly
5. County Reinsurance, LTD
6. Filipovits, Jeff

7. Filipovits & Smith, LLC
8. Gomez, Raul
9. Huff Powell Bailey, LLC
10. Jackson, Shenequa
11. O'Brien, Eric
12. Sanchez, Erica
13. Slater, James
14. Slater Legal PLLC
15. Smith, Ezra
16. Smith, Wingo
17. Trash, Thomas W.
18. Tracey, Monique
19. Veal, Antonia
20. Waymire, Jason
21. Williams & Waymire, LLC

Respectfully submitted, this 29th day of October, 2026.

/s/James M. Slater
James M. Slater
Georgia Bar No. 169869

SLATER LEGAL PLLC
2296 Henderson Mill Rd. NE #116

/s/Jeff Filipovits
Jeff Filipovits
Georgia Bar No. 825553

/s/Wingo Smith
Wingo Smith

Atlanta, Georgia 30345
(404) 458-7283
james@slater.legal

Georgia Bar No. 147896

Filipovits & Smith, LLC
315 W. Ponce de Leon Ave.
Suite 865
Decatur, GA 30030
404-905-2225
jeff@civil-rights.law

**CERTIFICATE OF SERVICE**

I certify that I have served a copy of Appellant's Certificate of Interested Persons by filing the document with the ECF system, which will automatically electronically serve all counsel of record.

This 29th day of October, 2026.

/s/Jeff Filipovits
Jeff Filipovits
Georgia Bar No. 825553

FILIPOVITS & SMITH, LLC
315 W. Ponce de Leon Ave.
Suite 865
Decatur, GA 30030
404-905-2225
jeff@civil-rights.law