# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

October 30, 2026

Timothy Joseph Buckley III
Buckley Christopher & Hensel, PC
2970 CLAIRMONT RD NE STE 650
ATLANTA, GA 30329

Eric James O'Brien
Buckley Christopher & Hensel, PC
2970 CLAIRMONT RD NE STE 650
ATLANTA, GA 30329

Jason C. Waymire
Williams & Waymire, LLC
4330 S LEE ST NE BLDG 400 STE A
BUFORD, GA 30518

Appeal Number: 26-13650-DD
Case Style: Ezra Smith v. Monique Tracey, et al
District Court Docket No: 1:24-cv-05158-TWT

NOTICE OF APPEAL FILED: October 5, 2026

After review of the district court docket entries, order and/or judgment appealed from, and the notice of appeal, it appears that this Court may lack jurisdiction over this appeal. If it is determined that this Court is without jurisdiction, this appeal will be dismissed.

The parties are requested to simultaneously advise the Court in writing within fourteen (14) days from the date of this letter of their position regarding the jurisdictional question(s) set forth on the attached page. Counsel must submit their response electronically, and do not need to provide paper copies. Requests for extensions of time to file a response are disfavored.

After fourteen (14) days, this Court will consider any response(s) filed and any portion of the record that may be required to resolve the jurisdictional issue(s). Please note that the issuance of a jurisdictional question does not stay the time for filing appellant's briefs otherwise provided by 11th Cir. R. 31-1.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

JUR-1 Resp reqd JQ