**CASE NO. 26-13650**
IN THE UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

---

DEPUTY MONIQUE TRACEY, DEPUTY RAUL GOMEZ, DEPUTY SHENEQUA JACKSON,

Appellants/Defendants

v.

EZRA SMITH,

Appellee/Plaintiff

---

On Appeal from The United States District Court
For the Northern District of Georgia
Atlanta Division

---

# APPELLANTS' GOMEZ AND JACKSON'S JOINDER AND RESPONSE TO JURISDICTIONAL QUESTION

---

**BUCKLEY CHRISTOPHER & HENSEL, P.C.**
Timothy J. Buckley III, Esq. (Georgia State Bar No. 092913)
tbuckley@bchlawpc.com
Eric J. O'Brien, Esq. (Georgia State Bar No. 383745)
eobrien@bchlawpc.com
2970 Clairmont Road N.E., Suite 650
Atlanta, Georgia 30329
*Attorneys for Appellants Deputy Raul Gomez and Deputy Shenequa Jackson*

# CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Rules of the U.S. Court of Appeals for the Eleventh Circuit, the undersigned counsel for Defendants-Appellants Raul Gomez and Shenequa Jackson certify that, to the best of their present information, knowledge and belief, the following is a full and complete list of all trial judges, attorneys, persons, associations of persons, firms, partnerships or corporations that have an interest in the outcome of this case and appeal, including subsidiaries, conglomerates, affiliates, and parent corporations, including any publicly held company that owns 10% or more of the party's stock, and other identifiable legal entities related to a party:

1. Association County Commissioners of Georgia-Interlocal Risk Management Agency (ACCG-IRMA), insurer for Appellants;
2. Buckley Christopher & Hensel, P.C., law firm representing Appellants Gomez and Jackson;
3. Buckley, Timothy, attorney for Appellants Gomez and Jackson;
4. County Reinsurance, LTD, reinsurer for Association County Commissioners of Georgia-Interlocal Risk Management Agency;
5. Filipovits, Jeff, Attorney for Appellee;
6. Gomez, Raul, Defendant/Appellant;
7. Jackson, Shenequa, Defendant/Appellant;

8. O'Brien, Eric, attorney for Appellants Gomez and Jackson;
9. Sanchez, Erica, dismissed Defendant;
10. Sheriff of Rockdale County, Georgia;
11. Smith, Ezra, Appellee;
12. Smith, Wingo, Attorney for Appellee;
13. Spears & Filipovits, LLC, law firm representing Attorneys for Appellee Smith;
14. Thrash, Honorable Thomas W., United States District Court Judge;
15. Tracey, Monique, Defendant/Appellant;
16. Waymire, Jason C., Attorney for Appellant Tracey;
17. Williams & Waymire, LLC, law firm representing Attorney for Appellant Tracey; and
18. Williams, Terry, Attorney for Appellant Tracey.

**BUCKLEY CHRISTOPHER & HENSEL P.C.**

/s/ Timothy J. Buckley III
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
ERIC J. O'BRIEN
Georgia State Bar No. 383745
Attorneys for Appellants Gomez and Jackson

2970 Clairmont Road, N.E.
Suite 650
Atlanta, Georgia 30329
tbuckley@bchlawpc.com
eobrien@bchlawpc.com

**RESPONSE TO JURISDICTIONAL QUESTION**

The Court issued an inquiry about jurisdiction to hear this interlocutory appeal. To promote judicial efficiency and fairness, Appellants Gomez and Jackson incorporate, as if fully set forth herein, the argument and citation to authorities contained in Appellant Tracey's Response To Jurisdictional Question. (Doc. 24). The Court has appellate jurisdiction because the appeal is from a collateral final order denying qualified immunity and official immunity, and Appellants Gomez and Jackson's appeal does not turn on any disputed fact issue. For the reasons detailed therein, the Court has jurisdiction.

Respectfully submitted,

**BUCKLEY CHRISTOPHER & HENSEL P.C.**

/s/ Timothy J. Buckley III
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
ERIC J. O'BRIEN
Georgia State Bar No. 383745
Attorneys for Appellants Gomez and Jackson

2970 Clairmont Road, N.E.
Suite 650
Atlanta, Georgia 30329
tbuckley@bchlawpc.com
eobrien@bchlawpc.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing APPELLANTS' GOMEZ AND JACKSON'S JOINDER AND RESPONSE TO JURISDICTIONAL QUESTION upon counsel via First Class U.S. Mail and electronically through the Court's CM/ECF system:

Jeff Filipovits, Esq.
Wingo Smith, Esq.
Spears & Filipovits, LLC
315 W. Ponce de Leon Ave., Ste. 865
Decatur, Georgia 30030
jeff@civil-rights.law
wingo@civil-rights.law

James M. Slater, Esq.
Slater Legal PLLC
2296 Henderson Mill Rd. NE #116
Atlanta, Georgia 30345
james@slater.legal

Jason C. Waymire, Esq.
Williams & Waymire, LLC
Bldg. 400, Ste. A
4330 South Lee Street
Buford, Georgia 30518
jason@wmwlaw.com

This 13th day of November, 2026.

**BUCKLEY CHRISTOPHER & HENSEL P.C.**

/s/ Timothy J. Buckley III
TIMOTHY J. BUCKLEY III
Georgia State Bar No. 092913
ERIC J. O'BRIEN

2970 Clairmont Road, N.E.

Suite 650
Atlanta, Georgia 30329
tbuckley@bchlawpc.com
eobrien@bchlawpc.com

Georgia State Bar No. 383745
Attorneys for Appellants Gomez and Jackson